USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/20/2019____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BEACON ASSOCS. LLC I, et al,

                Plaintiffs,

        - against -

BEACON ASSOCS. MGMT. CORP., et al,

                Defendants.
---------------------------------------------------------------X

**ORDER**

14-CV-2294 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to the Court's telephone conference with Plaintiffs' counsel and counsel for Defendants Income Plus and Fastenberg, the Court orders the following limited discovery schedule as to Defendants' application for reimbursement of attorneys' fees: Defendants shall serve their demand for discovery by **June 28, 2019**, and Plaintiffs' response is due by **July 29, 2019**. The Court also sets the following briefing schedule in connection with Defendants' application: moving papers shall be filed by **September 20, 2019**; opposition papers and any investor submissions shall be filed by **November 20, 2019**; and reply papers shall be filed by **December 10, 2019**.

      **SO ORDERED.**

Dated: June 20, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge